# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| FLORENCE FISK, EXECUTRIX OF THE ESTATE OF W. RUSSELL FISK, DECEASED AMBROSE LAURIE, CO ADMINISTRATRIX OF THE ESTATE OF TERENCE SARRA, DECEASED BARBARA HUBER, ADMINISTRATRIX OF THE ESTATE OF ERNEST KAPPENBERGER, DECEASED CAMPANELL KARIN, EXECUTRIX OF THE ESTATE OF GUSTAV ANDERSON, DECEASED DEBORAH BURNS, ADMINISTRATRIX OF THE ESTATE OF EDWARD BURNS, DECEASED DOROTHY BABIOWSKI, EXECUTRIX OF THE ESTATE OF JOSEPH SERPENTE, DECEASED KATHLEEN FOX, CO ADMINISTRATRIX OF THE ESTATE OF TERENCE SARRA, DECEASED MARILYN VITCAVICH, ADMINISTRATRIX OF THE ESTATE OF FRANK PINARDO, DECEASED ROBERT J. MURPHY, ESQ., ADMINISTRATOR OF THE ESTATE OF BRUCE GESSLER, DECEASED ROBERT J. MURPHY, ESQ., ADMINISTRATOR OF THE ESTATE OF THOMAS COBBS, DECEASED | : No. 642 MAL 2023 <br><br> : Petition for Allowance of Appeal <br> : from the Order of the Superior <br> : Court |
| v. | |
| OWENS CORNING/FIBREBOARD ASBESTOS PERSONAL INJURY TRUST CAMPBELL AND LEVINE, LLC D. LEANNE JACKSON TRUSTEE OF THE OWENS CORNING/FIBREBOARD ASBESTOS PERSONAL INJURY TRUST HARRY HUGE, TRUSTEE OF THE OWENS CORNING/FIBREBOARD ASBESTOS PERSONAL INJURY TRUST THEODORE HUGE KELLEY JASONS MCGOWAN SPINELLI HANNA AND REBER, LLP | |

OWENS CORNING/FIREBOARD : 
ASBESTOS PERSONAL INJURY TRUST :

:

PETITION OF: FLORENCE FISK

**ORDER**

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.